## 15766. STEWART v. MAYOR AND COUNCIL OF THE CITY OF GAINESVILLE.

LUKE, J. 1. The evidence authorized the verdict.

2. The special grounds of the motion for a new trial which assign error on the rulings upon the admissibility of evidence are without merit. Similar evidence was allowed to go to the jury without objection.

3. The charge of the court was full, fair, and not subject to the objections raised in the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 12, 1924.

Complaint; from Hall superior court—Judge J. B. Jones. June 7, 1924.

*E. D. Kenyon,* for plaintiff.

*Dean & Wright,* for defendant.